HHN

FILED
MAY - 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

SUSANNE KREGER
(Name of the plaintiff or plaintiffs)

V.

CHICAGO TRANSIT
AUTHORITY
(Name of the defendant or defendants)

CIVIL ACTION

08CV2606
JUDGE SHADUR
MAG. JUDGE SCHENKIER

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is SUSANNE KREGER of the county of COOK in the state of ILLINOIS.
3. The defendant is the Chicago Transit Authority, who resides at (street address) 567 W Jackson Street
(city) Chicago (county) COOK (state) ILLINOIS (ZIP) 60661
(Defendant's telephone number) (312) 664-7200



4) The plaintiff sought employment or was employed by the defendant at

(street address) _567 W. John Street_

(city) _Chicago_ (county) _Cook_ (state) _IL_ (ZIP code) _60661_

5. The plaintiff [check one box]

  (a) ☐ was denied employment by the defendant.

  (b) ☐ was hired and is still employed by the defendant.

  (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

  (month) _February_, (day) _20_, (year) _2007_.

7. (a) The plaintiff [check one box]  ☐ *has not* filed a charge or charges against the defendant ☒ *has*

  asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

  (i) ☒ the United States Equal Employment Opportunity Commission on or about
    (month) _December_ (day) _20_ (year) _2007_.

  (ii) ☒ the Illinois Department of Human Rights on or about
    (month)_____ (day)_____ (year)_____.

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a

  *Notice of Right to Sue.*



(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) FEBRUARY (day) 5 (year) 2007 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☒ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☒ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)  (h) ☒ Retaliation

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☐ YES　　☒ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☒ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) [X]   other (specify): Made unreasonable demands and ~~could subject Wesley~~ false accusations. Denigrated work performance in front of others.

✱ to harass and humiliate me in various ways until she fired me, ~~for~~ *falsely* claiming "increasing hostility toward coworkers".

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Several coworkers made offensive remarks about my religious beliefs. I complained to the Diversity Section which supposedly conducted an investigation but concluded on 11/17/07 that they could not corroborate my allegations despite previous knowledge of stated behavior. Supervisor then began ✱

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.    [ ] YES   [ ] NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) [ ]   Direct the defendant to hire the plaintiff.

(b) [X]   Direct the defendant to re-employ the plaintiff.

(c) [ ]   Direct the defendant to promote the plaintiff.

(d) [ ]   Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) [ ]   Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) [X]   Direct the defendant to (specify): Compensate me for lost wages and emotional stress.

_____

_____

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Susanne Kreger_

(Plaintiff's name) _SUSANNE KREGER_

(Plaintiff's street address) _3555 W Howard_

(City) _Skokie_   (State) _IL_   (ZIP) _60076_

(Plaintiff's telephone number) (847) 804-8130

Case 1:08-cv-02606   Document 1   Filed 05/06/2008   Page 6 of 8



**U.S. Equal Employment Opportunity Commission**
**Chicago District Office - 440**

500 West Madison St
Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041
1-800-669-4000

Ms. Susanne T. Kreger
3855 W. Howard
Skokie, IL 60076

Re:   Charging Party:   **Susanne T. Kreger**
      Respondent:       **Chicago Transit Authority**
      EEOC Number:     **440-2007-08071**

Dear Ms. Kreger:

Your request for Notices of Right-to-Sue on the above referenced charges has been received.

Because your charges are filed against a public employer, your request is being forwarded to the **U.S. Department of Justice** (DOJ). That Agency will act on your request and issue the Notices directly to you. You will receive a response from them in the near future.

Sincerely,

1/16/08
Date

Ernestine Harris
Enforcement Supervisor

cc:   **U.S. Department of Justice**
      10th and Constitution Avenue, N.W., Civil Rights Division
      Attn.: Karen Ferguson, Civil Rights Analyst
      **Employment Litigation Section**
      Patrick Henry Building, Rm. 4239
      Washington, D.C. 20530

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 440-2007-08071 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Susanne T. Kreger | (847) 675-6932 | 07-06-1949 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3855 W. Howard, Skokie, IL 60076 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CHICAGO TRANSIT AUTHORITY | 500 or More | (312) 664-7200 |

| Street Address | City, State and ZIP Code |
|---|---|
| 567 W Lake St, Chicago, IL 60680 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-24-2006  Latest: 02-20-2007

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired by the Respondent on August 14, 1995. My most recent position was Graphic Designer. Since October 24, 2006, through to February 20, 2007, I was harassed, disciplined and subjected to different terms and conditions of employment. On October 24, 2006, I filed an internal complaint. On February 20, 2007, I was discharged.

I believe I have been discriminated against because of my religion, Jewish, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe I have been retaliated against for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my age, 58, Date of birth: July 6, 1949, in violation of the Age Discrimination in Employment Act of 1967, as amended.

| | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| Dec 19, 2007 *(signature)* <br> Date / Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161-B (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Susanne T. Kreger<br>3855 W. Howard<br>Skokie, IL 60076 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-08071 | Shuwn Hayes, Investigator | 312-886-4465<br>(312) 353-8194 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_John P. Rowe_      FEB -5 2008

John P. Rowe,
District Director     (Date Mailed)

Enclosures(s)

cc: CHICAGO TRANSIT AUTHORITY
567 W Lake St
Chicago, IL 60680