MHN

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: SUSANNE KREGER
(Please print)

STREET ADDRESS: 3855 W. Howard Street

CITY/STATE/ZIP: Skokie, IL 60076

PHONE NUMBER: 847-804-8130

CASE NUMBER: 08CV2606
JUDGE SHADUR
MAG. JUDGE SCHENKIER

Susanne Kreger                    May 6, 2008
Signature                         Date

FILED
MAY - 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT