**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Susanne T. Kreger

                           Plaintiff,

v.   Case No.: 1:08−cv−02606
    Honorable Milton I. Shadur

Chicago Transit Authority

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. Kreger is required to clarify the timing matter by a submission on or before May 22, 2008, either by filing an amendment to Complaint paragraph 8(b) or by filing a separate statement setting out the correct information. At that point, this Court will be able to determine whether or not this action can go forward.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.