```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

Susanne Kreger,                )
                               )
          Plaintiff,           )
                               )
     v.                        )    No. 08 C 2606
                               )
Chicago Transit Authority,     )
                               )
          Defendant.           )
```

## MEMORANDUM ORDER

Susanne Kreger ("Kreger") has just tendered a Complaint of Employment Discrimination brought against her ex-employer, the Chicago Transit Authority, with handwritten insertions to complete the form supplied by this District's Court's Clerk's Office for use by pro se plaintiffs.  This memorandum order is issued sua sponte because Kreger's allegations, if factually accurate, would show this lawsuit to have been filed too late.

Complaint ¶ 8(b) states that Kreger received EEOC's right-to-sue letter on February 5 (although Kreger shows the year as "2007," that is clearly mistaken, for both Kreger's charge of discrimination and the right-to-sue letter itself clearly place the event in this calendar year). If that were really so, this action would be untimely, for the 90-day period within which suit must be brought would have run out on May 5, 2008, and Kreger did not file her Complaint until May 6.  Even one day beyond the permitted time for filing can be fatal and would require the dismissal of Kreger's action.

But there is an obvious question as to the accuracy of Kreger's allegation. What the right-to-sue letter reflects is a February 5 date of issuance, so that if the letter was transmitted by mail rather than by personal delivery, Kreger would have received it not earlier than February 6, thus rendering the May 6 filing of this action timely. Accordingly Kreger is required to clarify the timing matter by a submission on or before May 22, 2008, either by filing an amendment to Complaint ¶ 8(b) or by filing a separate statement setting out the correct information. At that point, this Court will be able to determine whether or not this action can go forward.

                                    _____
                                    Milton I. Shadur
                                    Senior United States District Judge

May 8, 2008