MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
5-22-2008
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **Susanne Kreger,** | ) | |
| Plaintiff | ) | Filed: May 6, 2008 |
| | ) | |
| v. | ) | No. 08CV2606 |
| | ) | |
| **Chicago Transit Authority,** | ) | **Judge Shadur** |
| Defendant | ) | Magistrate Judge Schenkier |

### A CLARIFICATION OF TIMING MATTER AND OTHER ISSUES

A right-to-sue letter from the EEOC arrived at my residence via U.S. Post Office on February 7, 2008, two days after the official mailing date stamped on the right-to-sue letter. Plaintiff requests the court to please accept her apology for the February 5, 2007 date error referenced in the judge's memorandum.

Painfully aware of the cost of litigation in terms of both time and money, I deliberated literally until the last minute (4:30 p.m.), consulting numerous attorneys (Frankel & Cohen, Merrick, M. Gonnison of Ed Fox & Assoc, V. Leung of Kaplan & Sorosky, to name just a few). Although they seemed to see considerable merit in my case and urged me to continue my search for an advocate, none were willing to represent me. I am therefore filing my lawsuit pro se. I hope to see an egregious injustice corrected, for my own sake as well as that of others in the same situation. Because of pressing personal responsibilities, it will be difficult to embroil myself in a lengthy courtroom battle, so a bench trial is acceptable.

Respectfully submitted,

*Susanne Kreger*
Susanne Kreger
Pro Se Plaintiff
3855 W. Howard, Skokie, IL 60076
Telephone: 847-804-8130

May 21, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SUSANNE KREGER
PLAINTIFF

VS.

CHICAGO TRANSIT AUTHORITY
DEFENDANT

CASE NO. 08CV2606
08 cv 2606

## PROOF OF SERVICE

TO: CHICAGO TRANSIT AUTHORITY
567 W Lake Street
Chicago IL 60661

TO: _____

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 30th day of June, 2008 served a copy of this Clarification & Amendment to each person whom it is directed by way of U.S. Mail.

Name: Susanne Kreger
Address: 3855 W Howard
City/Zip: Skokie, IL 60076
Telephone: 847-804-8130