10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS


FILED
JUN 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Susanne Kreger
_____
Plaintiff

v.

Chicago Transit Authority
_____
Defendant(s)

CASE NUMBER 08 c 2606

JUDGE Milton Shadur

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Susanne Kreger, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount:_____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: 2/20/07
      Monthly salary or wages: ~~pay~~ 3600 Gross 2300 Net
      Name and address of last employer: CTA, 567 W Lake, Chicago, IL 60661

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages    ☒Yes   ☐No
      Amount $50,000+  Received by my brother

b.  ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes   ☒No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes   ☒No
Amount_____ Received by_____
                                              ~my father: 1250/month; ~~maintenance~~
d.  ☒ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
    compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                    ☒Yes   ☐No
Amount 500/mo (6000/yr) Received by S. Kreger

e.  ☐ Gifts or ☐ inheritances     ☐Yes   ☒No
Amount_____ Received by_____

f.  ☐ Any other sources (state source:_____)     ☐Yes   ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☒Yes   ☐No   Total amount: 320,000 *←
In whose name held: Susanne Kreger  Relationship to you: self

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☒Yes   ☒No
Address of property: 5855 W Howard, Skokie (my home address)
Type of property: House    Current value: $240,000 ?
In whose name held: W Kreger   Relationship to you: father
Amount of monthly mortgage or loan payments: 0 — paid off
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☒Yes   ☐No
Property: 1997 Chevy Lumina (my car) & Chevy Cobalt (2006)
Current value: $3000 & $6000
In whose name held: Mine & my brother's   Relationship to you: my brother's car

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
I am my father's caretaker, shopper, bookkeeper, chauffeur, etc. — unpaid.

→ *I live off the interest generated from this principle + my pension. I have not quite broken even, due to unexpected house & car repair bills & other expenses.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue. ✳

Date: _June 3, 2008_  _____Susanne Kreger_____
                              Signature of Applicant

                              _SUSANNE T. KREGER_
                              (Print Name)

✳ _this is relative, not true poverty that I am claiming_

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____         _____
      DATE                   SIGNATURE OF AUTHORIZED OFFICER

                              _____
                              (Print name)

rev. 10/10/2007