FILED

JUN 09 2008
JUN 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Susanne Kreger,** | ) | |
| Plaintiff | ) | Filed: June 8, 2008 |
| | ) | |
| v. | ) | No. 08CV2606 |
| | ) | |
| **Chicago Transit Authority,** | ) | **Judge Shadur** |
| Defendant | ) | Magistrate Judge Schenkier |

## REQUEST FOR APPOINTMENT OF COUNSEL
## AND FINANCIAL AFFIDAVIT

An attorney at the Legal Clinic on the 20th floor strongly urged me to file for appointment of counsel, although I originally filed pro se. The required financial affidavit is included.

Pressing personal commitments make it difficult for me to properly manage my case without legal expertise. I am currently the caretaker for my 90-year-old father whose health is unpredictably fragile; this compromises my ability to attend depositions and well as obtain workable employment to maintain my own financial health in the face of significant legal expenses.

Most vital is securing an attorney who truly understands my predicament and is interested in helping me win my case. I indicated in the Proof of Service that I will serve notice to the Defendant no later than June 30, 2008, hoping to have secured representation by then. Otherwise, I may have to withdraw my case.

Respectfully submitted,

*/s/ Susanne Kreger*

Susanne Kreger
Plaintiff
3855 W. Howard, Skokie, IL 60076
Telephone: 847-804-8130

~~May 21, 2008~~

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) **SUSANNE KRZGER**

v.

Defendant(s) **CHICAGO TRANSIT AUTHORITY**

Case Number: **08 C 2606**

Judge: **Milton J Shadur**

**08 C 2606**

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **Susanne Kreger**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]: **Phone consultation with (details sent in email) M. Johnsen of Fox Law, V. Yeung of Kaplan & Sorosky, Merrick Law Firm LLC, Penny Kahan, & in person consult/ tation with M. Yonger of Franke & Cohen.**

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Susanne Kreger_  
Movant's Signature

_June 3, 2008_  
Date

_3855 W Howard_  
Street Address

_Skokie, IL 60076_  
City, State, ZIP

**FILED**

**JUN 09 2008**
JUN 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Susanne Kreger,** | ) | |
| Plaintiff | ) | Filed: June 8, 2008 |
| | ) | |
| v. | ) | No. 08CV2606 |
| | ) | |
| **Chicago Transit Authority,** | ) | **Judge Shadur** |
| Defendant | ) | Magistrate Judge Schenkier |

### REQUEST FOR APPOINTMENT OF COUNSEL AND FINANCIAL AFFIDAVIT

An attorney at the Legal Clinic on the 20th floor strongly urged me to file for appointment of counsel, although I originally filed pro se. The required financial affidavit is included.

Pressing personal commitments make it difficult for me to properly manage my case without legal expertise. I am currently the caretaker for my 90-year-old father whose health is unpredictably fragile; this compromises my ability to attend depositions and well as obtain workable employment to maintain my own financial health in the face of significant legal expenses.

Most vital is securing an attorney who truly understands my predicament and is interested in helping me win my case. I indicated in the Proof of Service that I will serve notice to the Defendant no later than June 30, 2008, hoping to have secured representation by then. Otherwise, I may have to withdraw my case.

Respectfully submitted,

*Susanne Kreger*

Susanne Kreger
Plaintiff
3855 W. Howard, Skokie, IL 60076
Telephone: 847-804-8130

~~May 21, 2008~~