IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Susanne Kreger,** | ) | |
| Plaintiff | ) | Filed: June 26, 2008 |
| | ) | |
| v. | ) | No. 08CV2606 |
| | ) | |
| **Chicago Transit Authority,** | ) | **Judge Shadur** |
| Defendant | ) | Magistrate Judge Schenkier |

## MOTION TO DISMISS

I agree most emphatically with the judge that I am not impoverished and therefore do not qualify for financial aid, unless lack of employment is a factor to be considered despite ample savings. I intended to submit a financial affidavit, not a poverty claim. I also thought appointment of counsel to be an issue separate from ability to pay.

Denial of legal assistance puts me at a serious disadvantage. It seems that law firms who specialize in employment issues are overwhelmed by their existing caseloads. Some frankly refuse to tangle with public employers. Many support the employer's right to conduct business as he sees fit,--fair or not. Also problematic is the fact that the right-to-sue was obtained without an EEOC investigation. My complaint is also obscured by the possibility of a personal difference as the real issue, i.e., a bad boss with a grudge against a good worker. Even with ample evidence of Title VII violations, this complicates my case to a degree that might require years of exhausting and time-consuming examination of witnesses and evidence. Undertaking to perform the work of a lawyer without legal assistance, training or experience would compromise other serious commitments and possibly become a costly exercise in futility. I, therefore, with much deliberation, have decided to close this case.

Respectfully submitted,

*Susanne Kreger*
Susanne Kreger
Pro Se Plaintiff
3855 W. Howard, Skokie, IL 60076
Telephone: 847-804-8130

May 26, 2008