# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2606 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Susanne Kreger vs. Chicago Transit Authority | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to dismiss is granted. This action is hereby dismissed under F.R.C.P. 41(a)(1).

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|